LASSITER ET AL. *v.* UNITED STATES ET AL.

No. 116.   Decided October 8, 1962.

*Jack P. F. Gremillion,* Attorney General of Louisiana, *George Ponder* and *William P. Schuler,* Assistant Attorneys General, and *Albin P. Lassiter* for appellants.

*Solicitor General Cox, Assistant Attorney General Marshall, Howard A. Glickstein* and *Bernard A. Gould* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE WHITE and MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.